UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-12442-RGS

AUBREY BROOKS STALLWORTH, JR.

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

January 23, 2019

STEARNS, D.J.

Having reviewed the well-reasoned Report and noting that no objections have been filed by the plaintiff or the Acting Commissioner, the Recommendation of Magistrate Judge Bowler is ADOPTED. The matter is hereby remanded to the Administrative Law Judge (ALJ) for further proceedings consistent with the Magistrate Judge's Report.[1]

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] I draw particular attention to the flaws identified by Magistrate Judge Bowler in the Administrative Law Judge's assessment and weighing of the opinions of Dr. Mayhew (plaintiff's treating psychiatrist) against those of the non-examining consultants. *See* Report, at 51-52.